THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE A. SIPP, Appellant.

*Crimes — conviction for circulating untrue advertisement affirmed.*

*People v. Sipp*, 183 App. Div. 924, affirmed.

(Submitted March 9, 1921; decided March 24, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1918, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 421 of the Penal Law in unlawfully and knowingly publishing and circulating an advertisement containing representations which were untrue, deceptive and misleading.

*Edward A. Brown* for appellant.
*Edward Swann, District Attorney (Felix C. Benvenga* or counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.